# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| LARYAN REED | ) 23-mj-14 |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of  February 17, 2023  in the parish of  Orleans  in the  Eastern  District of  Louisiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a)(8) | felon in possession of a firearm |

This criminal complaint is based on these facts:

see attached Affidavit.

☑ Continued on the attached sheet.

*s/Timothy Jones*
Complainant's signature

Task Force Officer Timothy Jones
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/20/23

Judge's signature

City and state: New Orleans, Louisiana

Honorable Michael B. North, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MAG. NO.  23-mj-14 |
| v. | * | DUTY MAGISTRATE |
| LARYN REED | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Timothy Jones, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since August 2022.  I am currently assigned to the New Orleans Field Office, in New Orleans, Louisiana.  Prior to my assignment with ATF, I was a detective with New Orleans Police Department where I investigated violent crimes.  I have been employed with the NOPD since 2013.  I am responsible for investigating and enforcing violations of Federal and State law, including violations of Federal firearms laws and Title 18 offenses; to include matters related to violent crimes.  During the course of my law enforcement career, I have participated in several complex investigations, specifically in the matters of violent crime.  I regularly work with a team of agents and task force officers who are focused on investigating crimes related to violence and drug distribution crimes.

2. I graduated from the New Orleans Police Department, Municipal Train Academy in 2013. I received a Bachelor of Arts (BA) in psychology from Temple University in Philadelphia, PA, in 2012.  I received a Masters of Profession Studies (MPS) from Tulane University in Homeland Security in 2016.

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint against Laryan Reed for violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), possession of a firearm by a convicted felon. Since this affidavit is being submitted for this limited purpose, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are essential to establish the necessary foundation for obtaining a criminal complaint. I make this affidavit based upon my personal knowledge derived from my participation in this investigation and upon information relayed to me from members of New Orleans Police Department (NOPD).

## PROBABLE CAUSE

4. On February 17th, 2023, at approximately 21:15, the New Orleans Police Department's ("NOPD") Promenade Unit was working foot patrol in the 400 block Bourbon Street, New Orleans, LA. While patrolling, officers observed a subject, later identified as Laryan Reed ("REED") walking in the 400 block of Bourbon Street. Officers observed REED adjust an object in his waistband shaped like a firearm. When officers contacted REED, REED immediately began to fight with officers striking two of the officers with a closed fist, one of which received a significant injury to the face which required hospitalization.

5. Officers were eventually able to detain REED and conducted a search of his person and located a Glock model 17, 9mm handgun serial# AGNF392 was located in his waistband. REED was then transported to the NOPD 8th District Station for booking.

6. A National Crime Information Center ("NCIC") search of REED's criminal history revealed REED has a 2017 conviction for carjacking, a violation of LA R.S. §14:64.2, a felony offense, under Case Number 15-06568, in the 34th Judicial District Court for the

Parish of St. Bernard. REED received a sentence of 5 years in the Louisiana Department of Corrections.

7. A NCIC check of the firearm seized from Mr. Reed, a Glock model 17, 9mm handgun serial# AGNF392 was found to be stolen from Orleans Parish under NOPD incident number I-29580-22. It should be noted, the seized Glock handgun was manufactured in the United States and imported from Smyrna, GA. Accordingly, the weapon necessarily moved in and affected interstate commerce before being seized from REED. This weapon also fits the relevant federal definition of a firearm.

8. Based on the foregoing, TFO Jones submits there is probable cause to believe that REED violated Title 18, United States Code, Section 922(g)(1) and 924(a)(8), possession of a firearm by a convicted felon.

Respectfully submitted,

*s/Timothy Jones*
Task Force Officer Timothy Jones
Bureau of Alcohol, Tobacco, and Firearms

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed to and sworn before me,
this __20th__ day of February, 2023,
New Orleans, Louisiana.

_____
Honorable Michael B. North
United States Magistrate Judge